UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

Thomas Alan Minor and
Renee Scott Minor,
    Debtors.

Case No. 10-30161-KLP
Chapter 7

Eloise K. Minor,
    Plaintiff,

v.

Adv. Pro. No. 20-03129-KLP

Thomas Alan Minor, et al.,
    Defendants.

ORDER

Before the Court is the motion filed by Plaintiff Eloise K. Hahn ("Ms. Hahn") to reopen this adversary proceeding, which was referred to this Court from the District Court for proposed findings of fact and conclusions of law (Case No. 3:20-cv-947 and Case No. 3:20-cv-965). While the pleading was filed in the District Court, it was also simultaneously filed in this Court and bears a caption of "United States Bankruptcy Court, Eastern District of Virginia." An inspection of the docket further reveals that the adversary proceeding was never closed. Thus, the motion is moot. In light of Ms. Hahn's representation at a hearing in this Court held October 21, 2021, that she does not desire to proceed with this adversary proceeding, the Court recommends that the motion to reopen this adversary proceeding filed by Plaintiff Eloise K. Hahn be **DENIED** to the extent that she requests relief from the District Court.

Signed: October 28, 2021            /s/ Keith L. Phillips

1