IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ELOISE K. HAHN,
    *Pro se* Appellant,

v.                                                        Civil No. 3:20cv947 (DJN)

THOMAS A. MINOR,
    Appellee.

## FINAL ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on October 28, 2021 (ECF No. 16). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)     The Report and Recommendation of the Magistrate Judge (ECF No. 16) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)     Plaintiff's Motion to Reopen Bankruptcy Failure to Liquidate Recovered Assets (ECF No. 14) is DENIED.

(3)     This case is CLOSED.

Let the Clerk file a copy of this Final Order electronically, notify all counsel of record and forward a copy to Appellant at her address of record.

It is so ORDERED.

                                                           /s/
                                                 David J. Novak
                                                United States District Judge

Richmond, Virginia
Date: February 4, 2022